Decided October 19, 2010

DONALD F. REID *v.* DIANA SEBASTIAN LANDSBERGER ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 123 Conn. App. 260 (AC 30472), is denied.

ROGERS, C. J., and EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*G. Randall Avery*, in support of the petition.

Decided October 19, 2010